s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

| | | |
|---|---|---|
| Monica Layhue, | : | Case No. 3:21-CV-00735 |
| Plaintiff, | : | (Hon. Jeffrey J. Helmick) |
| vs. | : | **STIPULATED NOTICE OF DISMISSAL** |
| Ventra Sandusky, LLC, *et al.*, | : | |
| Defendants. | : | |

s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

This day came the parties by their attorneys in open court and declared this case amicably resolved.

IT IS THEREFORE ORDERED that this case be, and the same hereby is, dismissed with prejudice to another action at Defendant Ventra Sandusky, LLC's costs, with each party to bear her or its own attorney fees.

Date: January 11, 2022        s/ Jeffrey J. Helmick
       Hon. Jeffrey J. Helmick

5719865.1

IT IS SO STIPULATED:

/s/ Fred M. Bean
Fred M. Bean (0086756)
Taurean Shattuck (0097364)
Attorneys for Plaintiff


/s/ Thomas J. Gibney
Thomas J. Gibney (0029992)
Emilie K. Vassar (0084076)
Attorneys for Defendants

5719865.1